UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD BARRAS<br>    Plaintiff,<br><br>v.<br><br>BATON ROUGE POLICE DEPARTMENT,<br>through the CITY of BATON ROUGE<br>    Defendant | *<br>*<br>*<br>*    CIVIL ACTION<br><br><br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. Section 1441, defendant, Baton Rouge Police Department, through the City of Baton Rouge*;* remove the case styled *Richard Barras v. Baton Rouge Police Department, et al.,* bearing Civil Action No. 678,254, Section "26", on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana ("the State Court Proceedings") to the United States District Court for the Middle District of Louisiana on the following grounds:

The Baton Rouge Police Department will not appear before the Court as it is not a juridical entity with procedural capacity to sue or be sued, and is thus not a proper party defendant herein.

**I.　SUBJECT MATTER JURISDICTION**

This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§1331 and 1367.

## A. Plaintiff's Petition Asserts a Federal Question

**1.**

Petitioner, Richard Barras, alleges in Paragraph 2 of his Petition that defendant, without cause, informed him he was under arrest and then began to, without reason, pistol whip him in the face and head.

Petitioner, Richard Barras, alleges in Paragraph 3 of his Petition that all of the injuries sustained, including but not limited; to physical pain, mental anguish, residual dysfunction, limitation of motion and physical impairment where a result of the negligent acts of the Baton Rouge Police Department.

Petitioner, Richard Barras, alleges in Paragraph 4 of his Petition that defendant, Baton Rouge Police Department, battered the plaintiff, attempted to execute an unlawful arrest, failed to maintain proper supervision over its officers, and failed to properly train its officers.

Petitioner, Richard Barras, alleges in Paragraph 5 of his Petition that when the Baton Rouge officers pursued an unlawful arrest and utilized excessive force, they were operating under the course and scope of their employment as police officers for the City of Baton Rouge.

## A. This Court Has Supplemental Jurisdiction Over Plaintiff's State Law Claims

**2.**

Pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over the Petitioner's state law claims as they form part of the same case or controversy under Article III of the United States Constitution. Petitioner asserts claims against Defendants pursuant to Louisiana Civil Code articles 2316, 2317, and 2320.

## II. VENUE

**3.**

The State Court Proceedings are pending in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, which is encompassed and embraced by the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. §§1391(b), 1441(a), and 1443, venue in this Court is proper.

## III. REMOVAL

**4.**

This Notice of Removal is filed in compliance with 28 U.S.C. §1446.

**5.**

Removal of this entire case is proper under 28 U.S.C. §1441(a) for the following non-exclusive reasons:

(A) The civil action is one over which the district court may have original jurisdiction as it is founded on a claim or right arising under the Constitution or laws of the United States.

(B) Jurisdiction over the claims and/or causes of action is conferred by 28 U.S.C. §1331.

**THE STATE COURT RECORD**

**6.**

Copies of all pleadings filed in the State Court Proceedings are attached hereto, and made part hereof. A list of all known documents included in the state record arranged by order of filing date is as follows:

(A) Plaintiff's original and fax filed Request for Notice;

(B) Plaintiff's original and fax filed Petition for Damage;

(C) Plaintiff's fax filed Cover Letter;

(D) Louisiana Civil Case Reporting Form; and

(E) Service Information to Baton Rouge Police Department

**7.**

Undersigned counsel hereby certifies that the copies attached to this Notice of Removal and the list of documents contained in the paragraph above constitute, to the best of its knowledge, the entire record on file with the Clerk of Court for the Nineteenth Judicial District Court.

**8.**

According to the state record, there are no pending motions and no hearings are scheduled.

**V.     LIST OF PARTIES AND THEIR COUNSEL**

**9.**

A list of all attorneys involved in this case and the parties they represent are as follows:

| **Attorneys** | **Parties** |
|---|---|
| G. Shelly Maturin, II(#26994)<br>3403 Patrick St., Suite B<br>Post Office Box 1770<br>Lake Charles, LA 70602<br>Telephone:   (337) 984-8020<br>Facsimile:     (225) 282-2974 | Richard Barrras |
| Candace B. Ford, Bar Roll No. 37686<br>A. Gregory Rome, Bar Roll No. 21062<br>222 St. Louis Street<br>Room 902<br>Baton Rouge, LA 70802<br>Telephone:(225) 389-3114<br>Email: cford@brla.gov<br>Email: grome@brla.gov | Baton Rouge Police Department through the City of Baton Rouge. |

Undersigned counsel is admitted to practice before this Court.

**WHEREFORE,** Defendants pray that this Notice of Removal be deemed good and sufficient and that the State Court Proceedings be and are removed from the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

**Respectfully submitted,
Anderson O. "Andy" Dotson, III
Interim Parish Attorney**

By: /s/ Candace B. Ford
Candace Ford, Bar Roll No. 37686
A. Gregory Rome, Bar Roll No. 21062
222 St. Louis Street
Room 902
Baton Rouge, LA 70802
Telephone: (225) 389-3114
Facsimile: (225) 389-5554
Email: cford@brla.gov
Email: grome@brla.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed and served on all counsel of record via the Clerk of Court's CM/ECF system, and by transmitting same by facsimile and electronic mail, this 5th day of February, 2019.

**/s/ Candace B. Ford
CANDACE B. FORD**