EAST BATON ROUGE PARISH   **C-678254**
Filed Jan 10, 2019 11:18 AM   **26**
Deputy Clerk of Court

| | |
|---|---|
| 207903 **RICHARD BARRAS** | **DOCKET:**_____ |
| | **19th JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF EAST BATON ROUGE** |
| **BATON ROUGE POLICE DEPARTMENT, through the CITY of BATON ROUGE** | **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **RICHARD BARRAS**,

and pursuant to Louisiana Civil Code of Procedure, Article 1572, moves this Honorable Court for

written notice ten (10) days in advance of the date fixed for trial or hearing of this case, whether on

exceptions, motions, rules or on the merits. In addition, it is respectfully requested that immediate

notice of all orders and judgments, whether interlocutory or final, made or rendered in this case upon

rendition thereof, as provided by Louisiana Civil Code of Procedure, Article 1913 and 1914,

including notice of judgment in the event this matter is taken under advisement, or if the judgment

is not signed at the conclusion of trial be sent, in writing to the offices of undersigned counsel.

Respectfully submitted:
**GALLOWAY JEFCOAT, L.L.P.**

BY:    **G. SHELLY MATURIN, II (26994)**
       3403 Patrick St., Suite B
       Post Office Box 1770
       Lake Charles, Louisiana 70602
       Telephone: 337-984-8020
       Facsimile: 225-282-2974
       *Counsel for Plaintiff, Richard Barras*

NON-CERTIFIED COPY