EAST BATON ROUGE PARISH **C-678254**
Filed Jan 10, 2019 11:18 AM    **26**
Deputy Clerk of Court

207903
**RICHARD BARRAS**                           DOCKET:_____

19th **JUDICIAL DISTRICT COURT**

**VERSUS**

**PARISH OF EAST BATON ROUGE**
**BATON ROUGE POLICE DEPARTMENT,**
**through the CITY of BATON ROUGE**      **STATE OF LOUISIANA**

## PETITION FOR DAMAGES

The petition of **RICHARD BARRAS**, an individual of the full age of majority, domiciled in the Parish of Calcasieu, State of Louisiana, respectfully represent as follows:

1.

Made Defendants herein are the BATON ROUGE POLICE DEPARTMENT through the CITY OF BATON ROUGE, a political subdivision of the State of Louisiana, and are amenable to the courts of the State of Louisiana and indebted unto the Plaintiff in this matter for the following, to wit:

2.

On or about January 10, 2018, Plaintiff, **RICHARD BARRAS**, was working at Ichiban Sushi Bar & Japanese Grill located on Essen Lane in Baton Rouge, Louisiana as part of a work release program through the East Baton Rouge Parish Sheriff's Department. When Plaintiff's shift ended at approximately 9:50 p.m., and while waiting for transportation back to the work release facility, Plaintiff decided to walk to the Subway restaurant located a few stores down in the same strip mall in order to purchase his dinner. However, the Subway was closed, and Plaintiff decided to walk over to the gas station/convenience store across the parking lot in order to buy something to eat. As he was worried about missing his transportation, he ran around the corner of the Subway and in doing so, bumped into and unidentified female. Both Plaintiff and the unidentified female were knocked to the ground. Plaintiff helped the unidentified female to her feet, apologized and continued to head to the gas station/convenience store. At this time, Plaintiff noticed two plain clothed men following him to the gas station/convenience store. Plaintiff became worried, and he walked around to the back of the store. At that point, he was confronted by both men who identified themselves as police officers and told him he was under arrest. One of the men drew a weapon and began to pistol whip Plaintiff about the face and head. Plaintiff was then cuffed and brought to the police station, and eventually was brought to the hospital for medical attention due to the severity

NON-CERTIFIED COPY

of his injuries from the wrongful arrest.

3.

Plaintiff has sustained injuries to his entire mind, body, bones, ligaments, muscles and brain, and all of said injuries have been a source of physical pain and mental anguish and have resulted in residual dysfunction, limitation of motion and physical impairment of function for an indefinite time into the future. All of the above and especially, though not exclusively, the injuries sustained by Plaintiff are the result of the negligence of defendants named herein.

4.

The hereinabove described injuries were caused by the wanton and gross negligence of defendant BATON ROUGE POLICE DEPARTMENT in:

1)  Not maintaining a proper supervision over its officers;

2)  Not properly reacting to the situation;

3)  Not properly training its officers;

4)  Attempting to execute an unlawful arrest;

5)  Battering and striking Plaintiff;

6)  Not seeing the things defendant should have seen and not doing the things defendant should have done, as warranted by conditions prevalent at the time, thus failing to act prudently and by defendant's negligence, causing damage and injury;

7)  In violating the various applicable statutes of the State of Louisiana, all of which were a proximate cause of the aforementioned events and injuries, defendant thus breaching the duty owed to the public at large, and by such breach, risking damage and injury to others.

5.

Under information and belief, the Baton Rouge Police Officers who executed the unlawful arrest and used excessive force were in the course and scope of their employment as police officers for the CITY OF BATON ROUGE.

6.

As a result of this accident, plaintiff has suffered great inconvenience, frustration, humiliation and embarrassment, as well as a very serious physical injuries.

7.

Thus, plaintiff itemizes his damages to include, along with other damages already itemized, past and future medical specials. Plaintiff further itemizes the damages suffered as a result of this

NON-CERTIFIED COPY

accident to be all reasonable damages applicable under Louisiana law and reasonable in the premises.

**WHEREFORE,** Plaintiff prays that the Defendants named herein be served with a copy of this Petition and be cited to appear and answer it, and that after due proceedings had, there be Judgment for Plaintiff and against Defendants named herein.

**PLAINTIFF FURTHER PRAYS** for all legal interest from date of judicial demand until paid, for all costs of these proceedings, all expert witness fees and costs of medical reports, and all other just an equitable relief to which Plaintiff is entitled.

Respectfully submitted:
**GALLOWAY JEFCOAT, L.L.P.**

BY: **G. SHELLY MATURIN, II (26994)**
3403 Patrick St., Suite B
Post Office Box 1770
Lake Charles, Louisiana 70602
Telephone: 337-984-8020
Facsimile: 225-282-2974
*Counsel for Plaintiff, Richard Barras*

**PLEASE SERVE:**

**CITY OF BATON ROUGE**
**through the Mayor in her official capacity:**
**Mayor-President Sharon Weston Broome**
**222 Saint Louis Street**
**3rd Floor**
**Baton Rouge, LA 70802**

NON-CERTIFIED COPY