**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


RICHARD BARRAS                              CIVIL ACTION NO. 3:19-CV-00085


vs.



BATON ROUGE
POLICE DEPARTMENT

---

### ORDER

---

   **CONSIDERING** the *Consent Motion to Remand and Stipulation*;[1]

   **IT IS HEREBY ORDERED** that the Motion to Remand is GRANTED and that the instant

matter is remanded back to the 19th Judicial District Court for the Parish of East Baton Rouge.

   Baton Rouge, Louisiana the 4th day of April, 2019.


                                        _____
                                        **HONORABLE SHELLY D. DICK, CHIEF**
                                        **UNITED STATES DISTRICT JUDGE**
                                        **MIDDLE DISTRICT OF LOUISIANA**


19th JDC

---

[1] Rec. Doc. 9.